NOT FOR PUBLICATION

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

|  |  |  |
|---|---|---|
| JOE HAND PROMOTIONS, INC. | : | |
| Plaintiff, | : | |
| | : | Civil No. 19-07970 (RBK/KMW) |
| v. | : | **ORDER** |
| FORUPK LLC, MICHAEL SOLL, | : | |
| Defendants | : | |

**KUGLER**, United States District Judge:

    **THIS MATTER** coming before the Court on Plaintiff Joe Hand Promotions, Inc.'s Motion for Default Judgment as to Defendant Michael Soll (Doc. No. 15); and for the reasons set forth in the accompanying Opinion of this date

    **IT IS HEREBY ORDERED** that Plaintiff's Motion is **DENIED**.


Dated: 04/14/2020　　　　　　　　　　　　　　　　　　s/ Robert B. Kugler
　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT B. KUGLER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge