IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| Joe Hand Promotions, Inc., | : | |
| Plaintiff, | : | Civil No. 19-7970 (RBK/MJS) |
| v. | : | **ORDER** |
| FORUPK, LLC, *et al*, | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff's Motion for Default Judgment (ECF No. 50); and

**THE COURT NOTING** that Defendants' counsel of record has passed away. (ECF No. 55, Ex. A). In a status conference on March 8, 2022, Defendant Soll indicated to the Magistrate Judge that Defendants intend to find new counsel to represent them in this matter. (ECF No. 57). In an order entered on March 9, 2022, the Magistrate Judge gave Defendants until April 8, 2022 to retain new counsel, (*id.*); and

**THE COURT FINDING** that it is appropriate to defer ruling on Plaintiff's pending Motion for Default Judgment (ECF No. 50) to permit Defendants to seek new counsel or otherwise respond to the pending motion. Deferral will not prejudice either party, and is in the interest of justice and judicial efficiency; therefore

**IT IS HEREBY ORDERED** that the Clerk of the Court shall **ADMINISTRATIVELY TERMINATE** the pending Motion for Default Judgment (ECF No. 50). However, if no new counsel has entered an appearance on Defendants' behalf in this matter and Defendants have not

otherwise responded to Plaintiff's Motion **by April 9, 2022**, Plaintiff may ask the Court to reinstate their Motion for Default Judgment; and

      **IT IS FURTHER ORDERED** that the Clerk shall serve a copy of this order upon Defendants by regular U.S. mail.

Dated: 03/09/2022                              /s/Robert B. Kugler
                                                                                         ROBERT B. KUGLER
                                                                                         United States District Judge