# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> FORUPK LLC, *et al.*, : <br> : <br> Defendants. : | Civil No. 19-7970 (RBK/MJS) <br><br> **ORDER** |

**KUGLER**, United States District Judge:

**THIS MATTER** comes before the Court upon Plaintiff Joe Hand Promotions' ("Joe Hand") reinstated Motion for Default Judgment ("Motion") (ECF No. 50); for the reasons expressed in the corresponding Opinion,

**IT IS HEREBY ORDERED** that the Court **GRANTS** the Motion; and

**IT IS HEREBY FURTHER ORDERED** that the Court awards Joe Hand $2,000 in statutory damages and $4,000 in enhanced damages, for a total of **$6,000**; and

**IT IS HEREBY FURTHER ORDERED** that Joe Hand shall file an affidavit with the Court within thirty (30) days from the date of this Order accounting for its reasonable costs and attorneys' fees in prosecuting this matter.

Dated: December 7, 2022            /s/ Robert B. Kugler
                                                                     ROBERT B. KUGLER
                                                                     United States District Judge